IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO.   P-14-CR-166 (01) |
| | § | |
| PEDRO ADRIAN GRADO-COLOMO | § | |
| AKA COLOMO GRADO PEDRO | § | |

## ORDER

Before the Court is the Defendant's Motion for Reduction of Sentence Pursuant to § 3582(c)(2) [Doc. 37] filed December 15, 2014. The Court DENIES the Defendant's Motion. On May 1, 2014 the Defendant pled guilty to the offense of Illegal Entry after Deportation in violation of Title 8 U.S.C. § 1326(a)&(b)(2). The Defendant was sentenced in this cause on July 21, 2014. As this conviction is not a Title 21 offense, the Defendant is not eligible for a reduction of his sentence. Accordingly,

IT IS ORDERED that the Defendant's Motion for Reduction of Sentence Pursuant to § 3582(c)(2) [Doc. 37] filed December 15, 2014 is DENIED.

IT IS SO ORDERED,

SIGNED this _____ day of September, 2015.

ROBERT JUNELL
SR. UNITED STATES DISTRICT JUDGE